UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



UNITED STATES OF AMERICA, )
) CASE NO.: 3:21-mj-2228
v. )
) **FILED UNDER SEAL**
JOHN DAVID MORROW. )

### SEALING ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Complaint, Affidavit attached to the Complaint and Arrest Warrant, the Motion to Seal, and the Sealing Order filed in the above-styled case shall be sealed and maintained in the custody of the Clerk of the Court until the arrest and pending further order of this Court.

Enter this 1st day of December, 2021.

_____
H. BRUCE GUYTON
United States Magistrate Judge