# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:21-mj-2228  **Date:** December 2, 2021

United States of America  **vs.**  John Morrow

**Present before:** Honorable H. Bruce Guyton, Chief United States Magistrate Judge

| Mallory Dahl | ECRO | Corey Miller |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Jennifer Kolman | Sarah Olesiuk | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [✓] Defendant waived and reserved the right to a detention hearing.
    - [ ] Defendant requested detention hearing.
        - [ ] Detention hearing set.   [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant requested a preliminary hearing
    - [ ] Preliminary hearing held.   [✓] Preliminary hearing set.
- [✓] Defendant waived and reserved right to a preliminary hearing.
- [✓] Case under seal as to defendant(s):
    - X Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**
- [ ] Detention Hearing:
- [ ] Preliminary Hearing:
- [ ] Arraignment Hearing:
- [ ] Other Hearing:

[✓] Defendant remanded to custody.   [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 12:00 p.m.    12:15 p.m.

(●) I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 321mj2228 _ 120221 _