# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>John Morrow<br>*Defendant* | )<br>)<br>) Case No. 3:21-mj-2228<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/02/2021

*Defendant's signature*

*Signature of defendant's attorney*

Sarah H. Olesiuk   TN 030290
*Printed name and bar number of defendant's attorney*

800 So. Gay St Knoxville, TN 37929
*Address of defendant's attorney*

sarah_olesiuk@fd.org
*E-mail address of defendant's attorney*

865-637-7979
*Telephone number of defendant's attorney*

865-637-7999
*FAX number of defendant's attorney*