UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
) Case No. 321MJ2228
v )
)
)
JOHN MORROW )

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

☐ I HEREBY WAIVE my right to a detention hearing.

☑ I HEREBY WAIVE my right to a detention hearing, and reserve the right to move for a detention hearing at a later date.

☐ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date in the district where charges are pending.

X_____
DEFENDANT                    Date

_____
COUNSEL FOR DEFENDANT